# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2020

160343 & (95)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBBIE DESHAWN TAYLOR,
      Defendant-Appellant.

_____/

SC: 160343
COA: 341307
Wayne CC: 15-005089-FC

On order of the Court, the application for leave to appeal the September 12, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to hold the application in abeyance is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2020



Clerk

a0407